

Attorneys admitted in
California, New York,
Texas, Pennsylvania,
Maine, and District of Columbia

Sender's contact:
scott@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
231 Norman Avenue, Suite 413
Brooklyn, New York 11222

January 13, 2021

**DELIVERED VIA ECF**

```
The conference is adjourned to February 18,
2021 at 2:30 p.m. SO ORDERED.

New York, New York   /s/ John G. Koeltl
January 19, 2021     John G. Koeltl, U.S.D.J.
```

Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 14A
New York, NY 10007-1312

        **Case Title:**     *Seliger v. Access Industries, Inc. et al*; 1:20-cv-07849-JGK
        **Re:**     **Request to Adjourn Initial Pretrial Conference**

Your Honor:

    We represent Plaintiff Mark Seliger in the above-referenced action. We write, pursuant to Rule 1E of Your Honor's Individual Practices, to respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for January 19, 2021 at 4:30 p.m. This is the first request for an extension.

    Plaintiff requests an adjournment because Defendant Deezer S.A. has not yet appeared or filed an answer. Defendant was served on November 17, 2020, and its answer was due December 8, 2020. (Dkt. #10.) Plaintiff intends to move for default judgment shortly. For these reasons, Plaintiff respectfully requests a 30-day adjournment of the Initial Pretrial Conference.

    We thank Your Honor for your consideration of this request.

               Respectfully submitted,

    By:  */s/ Scott Alan Burroughs*
          Scott Alan Burroughs
          DONIGER / BURROUGHS
          For the Plaintiff

1