Attorneys admitted in
California, New York,
Texas, Pennsylvania,
Maine, and District of Columbia

Sender's contact:
scott@donigerlawfirm.com
(310) 590-1820



Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
231 Norman Avenue, Suite 413
Brooklyn, New York 11222

February 16, 2021

**DELIVERED VIA ECF**

Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 14A
New York, NY 10007-1312

> The conference is canceled. The plaintiff should file an Order to Show Cause for Default Judgment, including a Certificate of Default by March 10, 2021. SO ORDERED.
>
> New York, New York  /s/ John G. Koeltl
> February 17, 2021   John G. Koeltl, U.S.D.J.

Case Title:   *Seliger v. Access Industries, Inc. et al*;
              **1:20-cv-07849-JGK**
Re:           **Request to Adjourn Initial Pretrial Conference**

Your Honor:

    We represent Plaintiff in the above-referenced action. We write, pursuant to Rule 1E of Your Honor's Individual Practices, to respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for February 18, 2021 at 2:30 p.m. This is the second request for an extension, the first of which was previously granted.

    Plaintiff requests an adjournment because Defendant Deezer S.A. has not yet appeared or filed an answer. Defendant was served on November 17, 2020, and its answer was due December 8, 2020. (Dkt. #10.) Plaintiff requested a Certificate of Default from the Clerk on February 11, 2021 (Dkt. #16) and is in the process of moving for default judgment. For these reasons, Plaintiff respectfully requests a 30-day adjournment of the Initial Pretrial Conference.

    We thank Your Honor for your consideration of this request.

                                 Respectfully submitted,

By:   */s/ Scott Alan Burroughs*
      Scott Alan Burroughs
      Laura M. Zaharia
      DONIGER / BURROUGHS
      For the Plaintiff